06 263 ML

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

GLORIA REYNOSO - EX - ANGLON ( BILL of Rights )
67 ORTOLEVA drive APT # 1 ( ALL is denied )
Providence, Rhode ISLAND 02909-4909

DEFENDANTS._ "GOVERNMENT'S ERRORS"

ON 1992. To determine on hiring a Federal employees. Citizenship requirement, social security card # 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 and, R.I driver license # 92 93 819. But, U.S.P.S. did not take photocopy of my U.S. citizen of the United States.

ON 1996. R.I. AFDC - RITE CARE - did the same error as U.S. Postal Service at the time, at the Providence office. When I was hired for employment. Again, R.I - AFDC - Did not take photocopy of

## STATEMENT OF THE CASE

# 2(Nd ) PAGE..

MY U.S. CITIZENSHIP OF THE UNITED STATES.

"FREEZE ON HIRING OF FEDERAL EMPLOYEES" MEMORANDUM, DATED JAN. 20, 1981, 46 F. R. 9907, PROVIDED FOR A FREEZE ON THE HIRING OF FEDERAL EMPLOYEES. CITIZENSHIP REQUIREMENT FOR EMPLOYEES COMPENSATED FROM APPROPRIATED PUB. L. 108-7, DIV. J, TITLE VI, SEC. 605, FEB. 20, 2003. 117 STAT 464..

THE ACT SHALL BE USED TO PAY THE COMPENSATION OF ANY OFFICER OR EMPLOYEE OF THE GOVERNMENT OF THE UNITED STATES.

U.S. GOVERNMENTS REQUIRED TO FILE

## REASONS FOR GRANTING THE PETITION

3 (Rd) PAGES ..

A PETITION AT THE U.S. FEDERAL COURT. IT GOVERNMENT'S ERROR; WOULD VIOLATE A LAW OR A RULE OF THE NATIONAL SECURITY ACT AMENDMENTS OF THE FEDERAL AUTHORIZATION. I GLORIA REYNOSO, SIGNED IT COMPLAINT. TO BRING EVIDENCE TO THE U.S. GOVERNMENTS ABOUT MY U.S. NATURALIZATION IS THE REQUIREMENT FOR EMPLOYMENT. PROVIDED-FURTHER, A LETTER OF THE INVESTIGATION; FROM.. U.S. DEPARTMENT OF JUSTICE

U.S. COMMISSION ON CIVIL RIGHT'S

U.S. UNITED STATES POSTAL SERVICES

COMMISSION FOR HUMAN RIGHTS

4(TH) PAGES

I GLORIA REYNOSO, with 4 CHILDRENS (ALL AMERICANS) by REASON, of such disabilities, AS I WAS SLIP | FALL at These agencies; U.S.P.S AND, AFDC.– I WAS hurt with Pelvis + spinal + OTHERS since. 1992 To 2006 To be denied the benefits of ALL SERVICES, OR be

## CONCLUSION

SUBJECTED To discrimination, Americans with disabilities.

The petition for a writ of certiorari should be granted. Discrimination The civil Rights 42-112-1. (OBSCENITY BROADCASTING)

Respectfully submitted,

Gloria Reynoso

Date: MAY 26, 2006

On the NAME of our LORD, HOLY spirit AND Jesus.

They, OR whoever ARE posting ME daily with MANY BROADCASTING utters ANY obscene LANGUAGE involves me in traffics crimes AS They ARE SELLING ME AS;

ILLEGAL Immigrant To be [illegible]