U.S. District court
District of Rhode Island ( Providence )
Civil Docket for case #: 1:06-cv-00263-ML-LDA

" Amended complaint "

V.
Defendant
United States of America
U. S. Government

Plaintiff
Gloria Reynoso
67 Ortoleva Drive # 1
Providence, RI 02909

Honorable United States Magistrate Judge:

The United States Commission on Civil Rights recently received my complaint. As such, the commission has not authority to provide direct remedial assistance how to resolve it individual allegations. To the extend consultations with other agency officials would be necessary during any session, at the United States District court. Thanks, to the United States of New York where they direct me to go back to the state of RI to resolve it dispute at the U. S. District Court of Rhode Island. Case #: 1:06-cv-00263-ML-LDA. U. S. Department of Justice as the Federal Bureau of Investigation had conducted a review of such complaint; U. S. Government need my U. S. Naturalization where the United States Postal Service did not have it at the time of employment on 1992. It will be a requirement for such employment with the U. S. P. S.

Under federal anti-discrimination laws, an employer may require that an employer be a U.S. citizen, so long as the requirement is not put in place of discriminatory reasons.

If an employer does require U.S. citizenship, it must enforce the requirement across-the board, without giving preference to some countries but not others. For example, an employer may not refuse to hire Dominican Republic citizens when it is willing to hire Italians citizens for the same position. The Immigraction reform and Control Act of 1986 ( IRCA ) makes it illegal for an employer to discriminate against a person because of his or her citizenship status when it comes to hiring, firing, or referral. IRCA also prohibits retaliation.

I had contacted the U. S. P. S. Office of Inspector General. The allegations that I had described fall under the jurisdiction of the U. S. P. S. - My former employer is a Federal Agency. They told me only at the U. S. District Court I can resolve it problem with the the F. B. I. investigation and the U. S. naturalization with the U. S. passport. I did injury my pelvis on February 24, 1993. I do want our Honorable Judge, to ask for mercy, about my ( 4) americans childrens and me! Because, it complaint open as a Federal case open since 1992. As well for the eyes of this world. I had such complaint as I was illegal immigrant. It discrimination involves treating people unfavorably because I am from a particular part of the world, because of ethnicity of accent, or because I appear to be of a certain ethnic background ( even if they are not )

RI AFDC - Rite Care - The Rhode Island Commission's jurisdiction is limited to one (1) year from the date of harm February, 1996. They could not take my complaint for some injuries it happened at the time of the first date of employment.

I asked the AFDC why the state of RI denied me all Human Rights – Civils? As I did explain at the beginning of it complaint. The same reason that I had with the U.S.P.S. As example: RI Immigration department had told " this is governments errors" why? They did check at them Federal computers all my records it shows, all are in orders. Finally, I am bringing these documents for our Judges from the U.S. District Court will help to close it case with the Defendant The United States of America it such violation that happened on 1992 at the U. S. P. S as they did not have the first date of employment my U.S. naturalization. Also, I do not ask for any type of money. I do ask for my pension if you think I am elegible for it.

Finally, I am U.S. citizen is entitled to the civic rights and privileges. As the member of the state. I am naturalized person who owes allegiance to a government and is entitled to reciprocal protection from it and to enjoyment of the rights of citizenship. Such a person naturalized in the U. S. and subject to the jurisdiction thereof, are of the U. S. and the state wherein they reside – U. S. constitution. I want my name out from any allegation of " obscenity broadcasting" Also, where it creates new laws that criminalize tracfficiking with respect to slavery, involuntary as they had used me for these years as servitude, forced labor. On the name of the Father, Holy Spirit and Jesus Christ I had suffered discrimination against my religion, culture and, employment around almost 14 years where I can't go notwhere for such complaint as I was illegal immigrant when it is not true! I hope you Honorable judge, cannot fix it in RI you may transfer it to the U. S.

Distric Court at Washington, D.C. RI governments are asking me to leave the state as soon is possible but, with out the order of the Federal Judge which he will close it Federal case open since, 1992 until 2006. I will respect you all authorities and you as well, thanks

Sincerely,

[signature]
67 Ortoneva drive #1
Providence RI 02909
401-345-7319 Eloi
401-418-4400 Ruth