U.S. District Court
District of Rhode Island (Providence)
CIVIL DOCKET FOR CASE #: 1:06-cv-00263-ML-LDA
Internal Use Only

FILED

JUL 26 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

V.
Defendant
United states of America
U.S. government

Plaintiff
Gloria Reynoso
67 Ortoleva Drive, #1
Providence, Ri 02909
US
PRO SE

Honorable Judge;

I need your authority to order to pass these summons. As motion to have the Marshall Serve it complaint. For me it is very important to let Authorities to fix it errors about my Identity is posted worldwide around all consulates in and out of the U.S. As an illegal Immigrant. R.I denied me all my Civil Rights.

U.S. government need it at the Providence, R.I. at the U.S. District court to be fixed by an Auhtority as you Mr. Honorable Judge. Also, as U.S. citizen, I do not want anyone to use me for all slavery violations or any tracffiking with respect to slavery involutary servitude, as well, forced labor. My body have many fractures. R.I. denied physician. Finally, My heart has high and low blood pression. I have diabetis. I do received S.S.I and Social Security unable to pay fees and costs in this matter. I do believe these Authorities need to have it information as summons; U.S. Government. U.S.P.S. R.I. State Attorney General., D.H.S. - City Mayor - R.I. Governor.

Very Sincerely yours, Gloria Reynoso

Gloria reynoso