UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA REYNOSO

v. C.A. 06-263ML

U.S. GOVERNMENT

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated August 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The plaintiff's complaint is hereby DISMISSED without prejudice.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
August 23, 2006

Entered as an Order of this Court on August 23, 2006

Barbara Barletta
Deputy Clerk