# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GLORIA REYNOSO

v.

**C.A. NO: 06-263ML**

**U. S. GOVERNMENT**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, United States Government, against the Plaintiff, Gloria Reynoso, per the Order dated August 23, 2006 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated August 2, 2006 pursuant to Title 28 U.S.C. § 636(b)(1) DISMISSING the plaintiff's complaint without prejudice.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: August 23, 2006**